AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-468

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _____2_____ COPIES OF AO FORM 85.

_7/27/07_
(Date forms issued)

X _Mike Bobish_
(Signature of Party or their Representative)

X _Mike Bobish_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action