AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

ICU MEDICAL, INC.

**SUMMONS IN A CIVIL CASE**

V.

RYMED TECHNOLOGIES, INC.

CASE NUMBER:    07-468

TO: (Name and address of Defendant)

Rymed Technologies, Inc.
c/o The Delaware Corporation Agency, Inc.
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
302-984-6000

an answer to the complaint which is served on you with this summons, within \_\_\_\_\_20\_\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO        7/27/07

CLERK                                        DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 27 Jul 07 @ 4:10pm |
| NAME OF SERVER (PRINT) Michael Bobbish | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personally served Rymed Technologies, Inc. c/o The Delaware Corporation Agency, Inc., 222 Delaware Ave, 9th Floor, Wilmington, DE 19801. Name of individual personally served: Kevin Sullivan.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/27/07
Date

Signature of Server: Mike Bobish

Address of Server: PARCELS, Inc.
230 N. Market St.
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.