IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-468-UNA ) |
| RYMED TECHNOLOGIES, INC. | ) ) |
| Defendant. | ) ) |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff ICU Medical, Inc. and defendant Rymed Technologies, Inc., subject to the approval of the Court, that the time within which defendant shall answer, move or otherwise respond to the Complaint be, and upon approval is, extended to and including September 17, 2007 (from August 16, 2007).

POTTER ANDERSON & CORROON LLP

/s/ Richard L. Horwitz (rh2246)
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
sbrauerman@bayardfirm.com

*Attorneys for Defendant*

SO ORDERED this _____ day of August, 2007.

_____
United States District Judge

666433-1

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on August 1, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Hortwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza
6th Floor
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on August 1, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

James Pooley, Esquire
Marc Peters, Esquire
Kimberly Van Voorhis, Esquire
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304

                                              /s/ Richard D. Kirk (rk0922)
                                              Richard D. Kirk

627932-1