## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ICU MEDICAL, INC., )
)
      Plaintiff, )
)
v. )    C.A. No. 07-468-JJF
)
RYMED TECHNOLOGIES, INC., )
)
      Defendant. )    **JURY TRIAL DEMANDED**
)

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission pro hac vice of James Pooley, Marc D. Peters, Kimberly N. Van Voorhis,

Diana Luo and Katherine Nolan-Stevaux of Morrison & Foerster, LLP, 775 Page Mill

Road, Palo Alto, California, 94304, to represent plaintiff ICU Medical, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Kenneth L. Dorsney
      Richard L. Horwitz (#2246)
      Kenneth L. Dorsney (#3726)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19899
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      kdorsney@potteranderson.com

*Attorneys for Plaintiff ICU Medical, Inc.*

Dated:  August 9, 2007
810616 / 32116

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid  to the Clerk of the Court
☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 9, 2007        Signed:  */s/ James Pooley*
                                     James Pooley
                                     MORRISON & FOERSTER, LLP
                                     755 Page Mill Rd.
                                     Palo Alto, CA 94304
                                     Tel:  (650) 813-5600
                                     jpooley@mofo.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court
☑ will be submitted to the Clerk's Office upon the filing of this motion


Date: August 9, 2007        Signed:      /s/ Marc D. Peters
                                          Marc D. Peters
                                          MORRISON & FOERSTER, LLP
                                          755 Page Mill Rd.
                                          Palo Alto, CA 94304
                                          Tel: (650) 813-5600
                                          mdpeters@mofo.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

□ has been paid to the Clerk of the Court
☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 9, 2007        Signed:    */s/ Kimberly N. Van Voorhis*
                                        Kimberly N. Van Voorhis
                                        MORRISON & FOERSTER, LLP
                                        755 Page Mill Rd.
                                        Palo Alto, CA 94304
                                        Tel: (650) 813-5600
                                        kvanvoorhis@mofo.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐ has been paid to the Clerk of the Court
    ☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 9, 2007    Signed:    */s/ Diana Luo*
                                   Diana Luo
                                   MORRISON & FOERSTER, LLP
                                   755 Page Mill Rd.
                                   Palo Alto, CA 94304
                                   Tel: (650) 813-5600
                                   dluo@mofo.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐ has been paid to the Clerk of the Court
    ☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 9, 2007    Signed:    */s/ Katherine Nolan-Stevaux*
    Katherine Nolan-Stevaux
    MORRISON & FOERSTER, LLP
    755 Page Mill Rd.
    Palo Alto, CA 94304
    Tel: (650) 813-5600
    knolanstevaux@mofo.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on August 9, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 9, 2007, I have Electronically Mailed the document to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
rkirk@bayardfirm.com
sbrauerman@bayardfirm.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

811768 / 32116