IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-468-JJF |
| v. ) | |
| ) | |
| RYMED TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant. ) | |

**SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff ICU Medical, Inc. and defendant Rymed Technologies, Inc., subject to the approval of the Court, that the time within which defendant shall answer, move or otherwise respond to the Complaint be, and upon approval is, extended to and including October 17, 2007 (from September 17, 2007).

| POTTER ANDERSON & CORROON LLP | THE BAYARD FIRM |
|---|---|
| /s/ Richard L. Horwitz (rh2246) | /s/ Richard D. Kirk (rk0922) |
| Richard L. Horwitz (#2246) | Richard D. Kirk (#922) |
| Kenneth L. Dorsney (#3726) | Stephen B. Brauerman (#4952) |
| 1313 N. Market Street | 222 Delaware Avenue, Suite 900 |
| Hercules Plaza, 6th Floor | P.O. Box 25130 |
| P.O. Box 951 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 655-5000 |
| (302) 984-6000 | rkirk@bayardfirm.com |
| rhorwitz@potteranderson.com | sbrauerman@bayardfirm.com |
| dmoore@potteranderson.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

666483-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 31, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Hortwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza
6th Floor
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on August 31, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

James Pooley, Esquire
Marc Peters, Esquire
Kimberly Van Voorhis, Esquire
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA  94304

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

666484-1