IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No. 07-468-UNA |
| v. | ) |
| | ) |
| RYMED TECHNOLOGIES, INC. | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Henry C. Bunsow, K.T. Cherian, and Scott Wales of Howrey LLP to represent Defendant RyMed Technologies, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

                                                              THE BAYARD FIRM

                                                              */s/ Richard D. Kirk (rk0922)*
                                                              Richard D. Kirk (rk0922)
                                                              222 Delaware Avenue, Suite 900
                                                              P.O. Box 25130
                                                              Wilmington, DE 19899-5130
                                                              (302) 655-5000
                                                              rkirk@bayardfirm
                                                              Attorneys for Defendant
                                                              RYMED TECHNOLOGIES, INC.

OF COUNSEL

Henry C. Bunsow
K. T. Cherian
Scott Wales
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105

670687-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: Sept 7, 2007

Scott Wales
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: waless@howrey.com

Counsel for Defendant
RYMED TECHNOLOGIES, INC.

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: September 17, 2007

_____
Henry C. Bunsow
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: bunsowh@howrey.com

Counsel for Defendant
RYMED TECHNOLOGIES, INC.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: September 17, 2007

_____
K.T. Cherian
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: cheriank@howrey.com

Counsel for Defendant
RYMED TECHNOLOGIES, INC.

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on September 19, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza
6th Floor
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on September 19, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

James Pooley, Esquire
Marc Peters, Esquire
Kimberly Van Voorhis, Esquire
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA  94304

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

666484-1