IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RYMED TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 07-468-JJF |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendant RyMed Technologies, Inc. ("RyMed") will present the within Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a) on November 9, 2007, at 10:00 a.m., or as soon thereafter as convenient to the Court.

October 11, 2007

THE BAYARD FIRM

*/s/ Richard D. Kirk (rk0922)*
Richard D. Kirk
Stephen B. Brauerman
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm
Attorneys for Defendant,
RYMED TECHNOLOGIES, INC.

OF COUNSEL

Henry C. Bunsow
K. T. Cherian
Scott Wales
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900

672547-1

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 11, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on October 11, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

James Pooley, Esquire
Marc Peters, Esquire
Kimberly Van Voorhis, Esquire
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

666484-1