IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYMED TECHNOLOGIES, INC., <br><br> Defendant. | § § § § § § § § § § § § Civil Action No. 07-468-JJF |

**DEFENDANT RYMED TECHNOLOGIES, INC.'S
MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)**

Pursuant to 28 U.S.C. § 1404(a), defendant RyMed Technologies, Inc. ("RyMed") moves to transfer this action to the United States District Court for the Central District of California. The grounds for this motion are set forth in RyMed's Opening Brief In Support of Its Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a).

October 11, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk(rk0922)
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendant,
RYMED TECHNOLOGIES, INC.

OF COUNSEL:

Henry Bunsow, Esquire
K.T. Cherian, Esquire
Scott Wales, Esquire
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900

672922-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RYMED TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 07-468-JJF |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1, the undersigned counsel for defendant, RyMed Technologies, Inc. ("RyMed"), certifies that he made substantial efforts to reach agreement with counsel for plaintiff ICU Medical, Inc. ("ICU") on the subject matter of the within Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a). Specifically, the undersigned contacted Delaware counsel for ICU on October 10, 1007 by phone, and on October 11, 2007 by email. Delaware counsel for ICU has informed the undersigned that ICU will not consent to a transfer of this action, necessitating the within motion.

October 11, 2007

                                                   THE BAYARD FIRM

                                                   */s/ Richard D. Kirk (rk0922)*
                                                   Richard D. Kirk (rk0922)
                                                   Stephen B. Brauerman (sb4952)
                                                   222 Delaware Avenue, Suite 900
                                                   P.O. Box 25130
                                                   Wilmington, DE 19899-5130
                                                   (302) 655-5000
                                                   rkirk@bayardfirm
                                                   Attorneys for Defendant,
                                                   RYMED TECHNOLOGIES, INC.

672929-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 11, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899


The undersigned counsel further certifies that, on October 11, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

James Pooley, Esquire
Marc Peters, Esquire
Kimberly Van Voorhis, Esquire
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

666484-1