IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-468-JJF |
| v. ) | |
| ) | |
| RYMED TECHNOLOGIES, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER

WHEREAS defendant RyMed Technologies, Inc. ("RyMed") filed a Notice of Motion and Motion to Transfer Venue (D.I. 9, 10) in the above-captioned action on October 11, 2007;

WHEREAS plaintiff ICU Medical, Inc. ("ICU") is scheduled to file its opposition brief on October 25, 2007, and RyMed is scheduled to file its reply brief on November 1, 2007;

WHEREAS wildfires in the State of California have impacted ICU's ability to communicate with counsel to prepare ICU's opposition brief;

WHEREAS, to preserve the Court's November 9, 2007 hearing date, the parties have agreed that ICU may have until and including October 29, 2007 to file an opposition to RyMed's motion (D.I. 10) and RyMed may have until and including November 5, 2007 to file a reply brief;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between RyMed and ICU, through their respective counsel, and subject to the approval of the Court, that ICU shall have until and including October 29, 2007 to file an opposition brief

to RyMed's motion (D.I. 10) and RyMed shall have until and including November 5, 2007 to file a reply brief.

| POTTER ANDERSON & CORROON LLP | THE BAYARD FIRM |
|---|---|
| /s/ Richard L. Horwitz<br>Richard L. Horwitz (2246)<br>Kenneth L. Dorsney (3726)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*ICU Medical, Inc.* | /s/ Richard D. Kirk<br>Richard D. Kirk (0922)<br>Stephen B. Brauerman (4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardfirm.com<br><br>*Attorneys for Defendant*<br>*Rymed Technologies, Inc.* |
| OF COUNSEL:<br><br>James Pooley<br>Marc Peters<br>Kimberly N. Van Voorhis<br>Diana Luo<br>Katherine Nolan-Stevaux<br>MORRISON & FOERSTER, LLP<br>755 Page Mill Rd.<br>Palo Alto, CA 94304<br>(650) 813-5600 | OF COUNSEL:<br><br>Henry Bunsow, Esquire<br>K.T. Cherian, Esquire<br>Scott Wales, Esquire<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>(415) 848-4900 |

Dated: October 24, 2007
827311 / 32116

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Honorable Joseph J. Farnan