## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 07-468-JJF |
| | ) |
| RYMED TECHNOLOGIES, INC., | )    **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |
| | ) |

### PLAINTIFF ICU MEDICAL, INC.'S REPLY TO RYMED'S COUNTERCLAIMS WITH DEFENSES

Plaintiff ICU Medical, Inc. ("ICU") hereby responds to the numbered paragraphs of the counterclaims filed by RyMed Technologies, Inc. ("RyMed") as follows:

### PARTIES

1.     Admitted.

2.     Admitted.

### JURISDICTION AND VENUE

3.     Admitted that RyMed's counterclaims purport to state a claim under United States patent law. ICU denies the remaining allegations of this paragraph.

4.     Admitted.

### FIRST COUNTERCLAIM

### DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF THE '866 PATENT

5.     ICU realleges and incorporates herein by reference its replies contained in paragraphs 1-4.

6.    ICU admits to having filed a complaint for patent infringement against RyMed with respect to U.S. Patent No. 5,685,866 and that RyMed has denied these allegations. ICU denies the remaining allegations of this paragraph.

7.    Denied.

8.    Denied.

9.    Denied.

## SECOND COUNTERCLAIM

### DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF THE '862 PATENT

10.    ICU realleges and incorporates herein by reference its replies to paragraphs 1-9.

11.    ICU admits to having filed a complaint for patent infringement against RyMed with respect to U.S. Patent No. 5,873,862 and that RyMed has denied these allegations. ICU denies the remaining allegations of this paragraph.

12.    Denied.

13.    Denied.

14.    Denied.

## THIRD COUNTERCLAIM

### DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF THE '204 PATENT

15.    ICU realleges and incorporates herein by reference its replies to paragraphs 1-14.

16.    ICU admits to having filed a complaint for patent infringement against RyMed with respect to U.S. Patent No. 5,928,204 and that RyMed has denied these allegations. ICU denies the remaining allegations of this paragraph.

17.    Denied.

18.    Denied.

19.    Denied.

## FOURTH COUNTERCLAIM

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF THE '592 PATENT

20.    ICU realleges and incorporates herein by reference its replies to paragraphs 1-19.

21.    ICU admits to having filed a complaint for patent infringement against RyMed with respect to U.S. Patent No. 6,572,592 and that RyMed has denied these allegations. ICU denies the remaining allegations of this paragraph.

22.    Denied.

23.    Denied.

24.    Denied.

WHEREFORE, ICU prays as follows:

(a) judgment be entered in its favor;

(b) Defendant's counterclaims be dismissed with prejudice;

(c) Defendant be ordered to pay all costs, expenses and attorneys' fees incurred by ICU to the extent permissible by law; and

(d) for such other and further relief as the Court deems appropriate.

## DEFENSES

### FIRST DEFENSE
### (Unclean Hands)

On information and belief, the counterclaims are barred by the doctrine of unclean hands.

### SECOND DEFENSE
### (Estoppel)

On information and belief, the counterclaims are barred by estoppel.

3

## THIRD DEFENSE
### (Waiver)

On information and belief, the counterclaims are barred by waiver.

ICU reserves the right to assert any other defenses that discovery may reveal, in the event discovery or other analyses indicated that additional defenses are appropriate.

## JURY DEMAND

ICU demands a jury trial on all issues triable to a jury in this matter.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James Pooley
Marc Peters
Kimberly N. Van Voorhis
Diana Luo
Katherine Nolan-Stevaux
MORRISON & FOERSTER, LLP
755 Page Mill Rd.
Palo Alto, CA 94304
Tel: (650) 813-5600

By: _/s/ Kenneth L. Dorsney_
 Richard L. Horwitz (#2246)
 Kenneth L. Dorsney (#3726)
 Hercules Plaza, 6th Floor
 1313 N. Market Street
 Wilmington, DE 19899
 Tel: (302) 984-6000
 rhorwitz@potteranderson.com
 kdorsney@potteranderson.com

*Attorneys for Plaintiff ICU Medical, Inc.*

Dated: November 1, 2007
829215 / 32116

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, Kenneth L. Dorsney, hereby certify that on November 1, 2007, the attached document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification

to the registered attorney(s) of record that the document has been filed and is available for

viewing and downloading.

I hereby certify that on November 1, 2007, I have Electronically Mailed the document to

the following person(s):

Richard D. Kirk
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardfirm.com
sbrauerman@bayardfirm.com

Henry C. Bunsow
K.T. Cherian
Scott Wales
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
BunsowH@howrey.com
cheriank@howrey.com
waless@howrey.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

811768 / 32116