

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

December 14, 2007

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   **ICU Medical, Inc. v. Rymed Technologies, Inc.
      C.A. No. 07-468-JJF**

Dear Judge Farnan:

      We have just received a copy of a letter sent to Your Honor by counsel for RyMed Technologies in the above-referenced matter, referring to a reassignment order in a case filed in the Central District of California. That case, which was filed several months after this action which is pending before Your Honor, was a basis for RyMed's motion for transfer (D.I. 10) which has been briefed and which Your Honor ordered be submitted without oral argument. Since Rymed's counsel provided the Court with information about that California action, we thought it also important to inform the Court that ICU, plaintiff in this action and defendant in the second-filed action in California, has, on November 30, 2007 filed a motion with that court to dismiss or stay that action pending this Court's decision on the motion which is pending before Your Honor. As ICU has pointed out in that motion, issues of federal comity dictate that the California court await Your Honor's decision on RyMed's motion to transfer.

Respectfully submitted,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH/msb
837802 / 32116

cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record. (via electronic mail)