IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> RYMED TECHNOLOGIES, INC., <br><br> Defendant/Counter-Plaintiff. | C. A. No. 07-468-JJF |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendant RyMed Technologies, Inc. ("RyMed") will, on March 7, 2008 at 10:00 a.m. or such other time as the Court may direct, present its Motion for Reargument of Memorandum Order (D.I. 24) Denying Motion to Transfer Venue pursuant to Delaware District Court Local Rule 7.1.5.

February 6, 2008

BAYARD, P.A..

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendant,
RYMED TECHNOLOGIES, INC.

OF COUNSEL:

Henry C. Bunsow, Esq.
K.T. Cherian, Esq.
Scott Wales, Esq.
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on February 6, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on February 6, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

James Pooley, Esquire
Marc Peters, Esquire
Kimberly Van Voorhis, Esquire
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00666484;v1}