

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

March 26, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    **ICU Medical, Inc. v. Rymed Technologies, Inc.
              C.A. No. 07-468-JJF**

Dear Judge Farnan:

    We represent Plaintiff, ICU Medical, Inc. in the above-referenced action. Pursuant to Fed. R. Civ. P. 16(b) and Local Rules 16.1., Plaintiff requests that the Court set a date for a scheduling conference in this case.

    As background, ICU filed its Complaint alleging patent infringement by defendant, RyMed Technologies, Inc. on July 27, 2007. RyMed filed a motion to transfer venue to the Central District of California on October 11, 2007. On January 23, 2008, the Court denied RyMed's motion. On February 6, 2008, RyMed moved for reconsideration/reargument. ICU opposed the motion on February 25, 2008, and the Court has taken the matter under submission.

    ICU provided a proposed scheduling order to RyMed on January 10, 2008. The parties have been discussing it for the past two months. When it became clear that an agreement could not be reached on all aspects of the schedule, ICU suggested that the parties submit the proposed schedule to the Court, identifying the areas of disagreement and providing the parties' respective positions with respect to those issues. RyMed refused to do this, stating that it could not complete the schedule because it does not know what the scope of the case will be, in particular, whether it will be bringing any additional counterclaims that might require third party discovery. ICU submits that this Court's form scheduling order allows ample time for amending the pleadings and taking discovery, which makes RyMed's concern a non-issue.

The Honorable Joseph J. Farnan
March 26, 2008
Page 2

      By refusing to submit a joint scheduling order to this Court, RyMed is preventing ICU from moving forward with discovery and has essentially granted itself a stay while the Court decides the reconsideration/reargument motion. There is no need to further delay discovery in this action. Accordingly, ICU requests that the Court set a date for a scheduling conference at the Court's earliest convenience.

                                              Respectfully submitted,

                                              Richard L. Horwitz

RLH/jmm
857203 / 32116
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)