

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

April 21, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

Re: **ICU Medical, Inc. v. Rymed Technologies, Inc.**
    **C.A. No. 07-468-JJF**

Dear Judge Farnan:

Enclosed for the Court's consideration is a copy of the Civil Minutes of the hearing on ICU's motion to stay or dismiss the second filed California litigation (brought by Rymed) in favor of this first-filed action brought by ICU. In the Minutes, Judge Pfaelzer stayed that motion for thirty days, and required the parties to immediately notify that Court of any ruling by this Court on Rymed's motion for reconsideration of this Court's order denying Rymed's motion to transfer this case to the Central District of California.

Respectfully,

/s/ *Richard L. Horwitz*

Richard L. Horwitz

RLH:nmt
861049 / 32116
Enclosure
cc:   Clerk of the Court (via hand delivery)
      Counsel of Record (via electronic mail)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.    SACV07-1199-MRP (VBKx)                          Date: April 9, 2008

Title:    **RYMED TECHNOLOGIES, INC., v. ICU MEDICAL, INC., ET AL.,**

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

Cynthia Salyer                              Wil Wilcox
Courtroom Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

SCOTT WALES                                 KIMBERLY VAN VOORHIS
K.T. "SUNNY" CHERIAN

**PROCEEDINGS:    HEARING ON MOTION BY DEFENDANT TO DISMISS OR IN THE ALTERNATIVE TO STAY PENDING DECISION IN FIRST-FILED ACTION** (fld 11/30/07)

The case is called and appearances are made. Counsel advises the Court that no ruling has been received from the Delaware Court. Court and counsel discuss the status of this case and the proceedings in the Delaware case.
The Court Orders this motion stayed for an additional thirty days. Counsel are Ordered to immediately notify the Court of any ruling received from the Delaware Court.

TIME    :  40
MINUTES FORM 11                                  Initials of Deputy Clerk CS

CIVIL - GEN