IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-468-JJF |
| v. ) | |
| ) | |
| RYMED TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 6, 2008, copies of (1) **DEFENDANT RYMED TECHNOLOGIES, INC.'S FIRST SET OF INTERROGATORIES TO ICU MEDIAL, INC.; (2) DEFENDANT RYMED TECHNOLOGIES, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO ICU MEDICAL, INC.; AND (3) THIS NOTICE OF SERVICE** were served as shown:

| BY EMAIL AND BY HAND | BY EMAIL AND BY U.S. MAIL |
|---|---|
| Richard L. Horwitz, Esquire | James Pooley, Esquire |
| Potter, Anderson & Corroon, LLP | Marc Peters, Esquire |
| 1313 N. Market Street | Kimberly Van Voorhis, Esquire |
| Hercules Plaza | Morrison & Foerster, LLP |
| 6th Floor | 755 Page Mill Road |
| Wilmington, Delaware 19899 | Palo Alto, CA 94304 |

{00666590;v1}

June 6, 2008                                        BAYARD, P.A.


                                                    /s/ Richard D. Kirk(rk0922)
                                                    Richard D. Kirk (rk0922)
                                                    Ashley B. Stitzer (as3891)
                                                    222 Delaware Avenue
                                                    Suite 900
                                                    Wilmington, Delaware  19899-5130
                                                    rkirk@bayardfirm.com
                                                    astitzer@bayardfirm.com
                                                    (302) 655-5000

                                                    Counsel for Defendant
                                                    RYMED TECHNOLOGIES, INC.

OF COUNSEL:

Henry Bunsow, Esquire
K.T. Cherian, Esquire
Scott Wales, Esquire
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA  94105
(415) 848-4900

{00666590;v1}