## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ICU MEDICAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-468-JJF |
| v. | ) | |
| | ) | |
| RYMED TECHNOLOGIES, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Plaintiff, hereby certifies that copies of the following

documents were caused to be served on July 11, 2008, upon the following attorneys of record at

the following addresses as indicated:

> PLAINTIFF ICU MEDICAL, INC.'S RESPONSES TO DEFENDANT
> RYMED TECHNOLOGIES, INC.'S FIRST SET OF INTERROGATORIES
>
> PLAINTIFF ICU MEDICAL, INC.'S RESPONSES TO DEFENDANT
> RYMED TECHNOLOGIES, INC.'S FIRST SET OF REQUESTS FOR
> PRODUCTION OF DOCUMENTS AND THINGS

### VIA HAND DELIVERY AND ELECTRONIC MAIL

Richard D. Kirk
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardfirm.com
sbrauerman@bayardfirm.com

**VIA ELECTRONIC MAIL**

Henry C. Bunsow
K.T. Cherian
Scott Wales
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
BunsowH@howrey.com
cheriank@howrey.com
waless@howrey.com


OF COUNSEL:                                    POTTER ANDERSON & CORROON LLP

James Pooley
Marc Peters                                    By:   /s/ David E. Moore
Kimberly N. Van Voorhis                              Richard L. Horwitz (#2246)
Diana Luo                                            Kenneth L. Dorsney (#3726)
Katherine Nolan-Stevaux                              Hercules Plaza, 6th Floor
MORRISON & FOERSTER, LLP                             1313 N. Market Street
755 Page Mill Rd.                                    Wilmington, DE  19899
Palo Alto, CA 94304                                  Tel:  (302) 984-6000
Tel:  (650) 813-5600                                 rhorwitz@potteranderson.com
                                                     kdorsney@potteranderson.com
Laura L. Kohut
KOHUT & KOHUT LLP                              *Attorneys for Plaintiff ICU Medical, Inc.*
600 Anton Blvd., Suite 1075
Costa Mesa, CA  92626
Tel:  (714) 384-4130

Dated:  July 11, 2008
873786 / 32116

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 11, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I hereby certify that on July 11, 2008, the attached document was Electronically Mailed

to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
rkirk@bayardfirm.com
sbrauerman@bayardfirm.com

Henry C. Bunsow
K.T. Cherian
Scott Wales
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
BunsowH@howrey.com
cheriank@howrey.com
waless@howrey.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

811768 / 32116