IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-468-JJF |
| v. ) | |
| ) | |
| RYMED TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 15, 2008, copies of (1) **DEFENDANT RYMED TECHNOLOGIES, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF ICU MEDICAL INC.'S FIRST SET OF INTERROGATORIES; (2) DEFENDANT RYMED TECHNOLOGIES, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF ICU MEDICAL INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS; AND (3) THIS NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**
Richard L. Horwitz, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza
6th Floor
Wilmington, Delaware 19899

**BY EMAIL AND BY U.S. MAIL**
James Pooley, Esquire
Marc Peters, Esquire
Kimberly Van Voorhis, Esquire
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA  94304

{00666590;v1}

July 15, 2008                                    BAYARD, P.A.


                                                 /s/ Richard D. Kirk(rk0922)
                                                 Richard D. Kirk (rk0922)
                                                 Ashley B. Stitzer (as3891)
                                                 222 Delaware Avenue
                                                 Suite 900
                                                 Wilmington, Delaware  19899-5130
                                                 rkirk@bayardfirm.com
                                                 astitzer@bayardfirm.com
                                                 (302) 655-5000

                                                 Counsel for Defendant
                                                 RYMED TECHNOLOGIES, INC.

OF COUNSEL:

Henry Bunsow, Esquire
K.T. Cherian, Esquire
Scott Wales, Esquire
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA  94105
(415) 848-4900

{00666590;v1}