IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RYMED TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 07-468-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff, hereby certifies that copies of the following documents were caused to be served on July 17, 2008, upon the following attorneys of record at the following addresses as indicated:

ICU MEDICAL, INC.'S INITIAL DISCLOSURES PURSUANT TO
FED. R. CIV. P. 26(A)(1)

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Richard D. Kirk
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardfirm.com
sbrauerman@bayardfirm.com

**VIA ELECTRONIC MAIL**

Henry C. Bunsow
K.T. Cherian
Scott Wales
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
BunsowH@howrey.com
cheriank@howrey.com
waless@howrey.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| James Pooley<br>Marc Peters<br>Kimberly N. Van Voorhis<br>Diana Luo<br>Katherine Nolan-Stevaux<br>MORRISON & FOERSTER, LLP<br>755 Page Mill Rd.<br>Palo Alto, CA 94304<br>Tel: (650) 813-5600 | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com |

Laura L. Kohut
KOHUT & KOHUT LLP
600 Anton Blvd., Suite 1075
Costa Mesa, CA 92626
Tel: (714) 384-4130

*Attorneys for Plaintiff ICU Medical, Inc.*

Dated: July 17, 2008
874738 / 32116

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on July 17, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on July 17, 2008, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardfirm.com
sbrauerman@bayardfirm.com

Henry C. Bunsow
K.T. Cherian
Scott Wales
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
BunsowH@howrey.com
cheriank@howrey.com
waless@howrey.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

811768 / 32116