IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RYMED TECHNOLOGIES, INC. )<br>)<br>Defendant. ) | C.A. No. 07-468-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 17, 2008, copies of **(1) DEFENDANT RYMED TECHNOLOGIES, INC.'S INITIAL DISCLOSURES; and (2) THIS NOTICE OF SERVICE** were served as shown:

| **BY EMAIL AND BY HAND** | **BY EMAIL AND BY U.S. MAIL** |
|---|---|
| Richard L. Horwitz, Esquire | James Pooley, Esquire |
| Potter, Anderson & Corroon, LLP | Marc Peters, Esquire |
| 1313 N. Market Street | Kimberly Van Voorhis, Esquire |
| Hercules Plaza | Morrison & Foerster, LLP |
| 6th Floor | 755 Page Mill Road |
| Wilmington, Delaware 19899 | Palo Alto, CA  94304 |

July 17, 2008

OF COUNSEL:

Henry Bunsow, Esquire
K.T. Cherian, Esquire
Scott Wales, Esquire
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA  94105
(415) 848-4900

BAYARD, P.A.

/s/ Richard D. Kirk(rk0922)
Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
Wilmington, Delaware  19899-5130
rkirk@bayardfirm.com
 (302) 655-5000

Counsel for Defendant
RYMED TECHNOLOGIES, INC.

{00666590;v1}