IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ICU MEDICAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-468-JJF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| RYMED TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, Plaintiff ICU Medical, Inc will present ICU's Motion *in Limine* No. 4 to Preclude Testimony and Evidence Comparing the ICU Clave/Microclave to the Invision-Plus in Response to ICU's Claims of Infringement to the Court at the Pretrial Conference scheduled for 11:00 a.m. on Wednesday, December 16, 2009 or at the Court's convenience.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| James Pooley | By: */s/ David E. Moore* |
| Rory J. Radding | Richard L. Horwitz (#2246) |
| Karen L. Hagberg | David E. Moore (#3983) |
| Kimberly N. Van Voorhis | Hercules Plaza, 6th Floor |
| Sunil Kulkarni | 1313 N. Market Street |
| Marc David Peters | Wilmington, DE 19899 |
| Diana Luo | Tel: (302) 984-6000 |
| Daniel Wan | rhorwitz@potteranderson.com |
| Katherine Nolan-Stevaux | dmoore@potteranderson.com |
| Daniel Zlatnik | |
| MORRISON & FOERSTER, LLP | *Attorneys for Plaintiff ICU Medical, Inc.* |
| 755 Page Mill Rd. | |
| Palo Alto, CA 94304 | |
| Tel: (650) 813-5600 | |

-and-

Laura L. Kohut
Sarah K. Kohut
Ronald J. Kohut
KOHUT & KOHUT LLP
600 Anton Blvd., Suite 1075
Costa Mesa, CA  92626
Tel:  (714) 384-4130

Dated:  November 24, 2009
943868 / 32116