IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ICU MEDICAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-468-JJF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| RYMED TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION RELATING TO ICU'S MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT'S NINTH AFFIRMATIVE DEFENSE**

Plaintiff ICU Medical, Inc., through the undersigned counsel, hereby certifies that no genuine issues of material fact exist with regard to ICU's Motion for Judgment on the Pleadings and/or for Partial Summary Judgment as to Defendant's Ninth Affirmative Defense.

| | |
|---|---|
| OF COUNSEL:<br><br>James Pooley<br>Rory J. Radding<br>Karen L. Hagberg<br>Kimberly N. Van Voorhis<br>Sunil Kulkarni<br>Marc David Peters<br>Diana Luo<br>Daniel Wan<br>Katherine Nolan-Stevaux<br>Daniel Zlatnik<br>MORRISON & FOERSTER, LLP<br>755 Page Mill Rd.<br>Palo Alto, CA 94304<br>Tel: (650) 813-5600<br><br>Laura L. Kohut<br>Sarah K. Kohut<br>Ronald J. Kohut<br>KOHUT & KOHUT LLP<br>600 Anton Blvd., Suite 1075<br>Costa Mesa, CA 92626<br>Tel: (714) 384-4130<br><br>Dated: November 24, 2009<br>943939 / 32116 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff ICU Medical, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 24, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on November 24, 2009, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com | Mark L. Levine<br>Chris Lind<br>Christopher Landgraff<br>Bartlit Beck Herman Palenchar & Scott LLP<br>Courthouse Place<br>54 West Hubbard Place Suite 300<br>Chicago, IL 60610<br>mark.levine@bartlit-beck.com<br>chris.lind@bartlit-beck.com<br>chris.landgraff@bartlit-beck.com |

Stanley L. Amberg, Esquire
11 Carolyn Lane
Chappaqua, NY 10514
stan.amberg@amberglaw.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

811768 / 32116