IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ICU MEDICAL, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-468-JJF |
| | : | |
| RYMED TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM ORDER**

Presently before the Court is a Motion To Compel Plaintiff ICU Medical, Inc. To Produce Unredacted Documents, A Full And Complete Response To RyMed Interrogatory No. 7 And Prior Deposition Exhibits (D.I. 169) filed by Defendant RyMed Technologies, Inc. ICU responded that it has produced unredacted copies of the six notebook pages requested by RyMed (D.I. 195, at 1-2) and further asserts that it has properly responded to RyMed Interrogatory No. 7. ICU also argues that it has produced the agreement in question to RyMed (id. at 3-4), as well as all deposition transcripts and exhibits within its possession, control, and custody. (Id. at 4-6.)

Based on the responses of ICU, the Court finds that it has met its discovery obligations, and therefore, RyMed's Motion to Compel will be denied. Further, the Court will not order ICU to supplement its response to RyMed Interrogatory No. 7 because the Court finds that RyMed has possession of the agreement in question, and therefore, has the information requested by the

Interrogatory.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Compel (D.I. 169) is **DENIED**.

December 11, 2009
DATE

UNITED STATES DISTRICT JUDGE