IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ICU MEDICAL, INC.., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-468-LPS |
| | : | |
| RYMED TECHNOLOGIES, INC., | : | |
| | : | |
| Defendants. | : | |

## VERDICT FORM

**INFRINGEMENT**

Has ICU proven by a preponderance of the evidence that RyMed's InVision-Plus product literally infringes claim 1 of U.S. Patent No. 5,685,866?

*Answer this question regarding infringement of claim 1 of the '866 patent with a "Yes" or "No." "Yes" is a finding for ICU. "No" is a finding for RyMed.*

Yes_____          No__✓__