# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

ICU MEDICAL, INC.,

    Plaintiff,

v.

RYMED TECHNOLOGIES, INC.,

    Defendant.

C.A. No. 07-468-LPS

## STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ICU Medical, Inc. ("ICU Medical") and Defendant RyMed Technologies, Inc. ("RyMed Inc.") stipulate to the dismissal, with prejudice, except as to U.S. Patent No. 5,928,204, of all of Plaintiff's claims in this action. Both parties are to bear their own attorneys' fees and costs.

| POTTER ANDERSON & CORROON LLP | BAYARD, P.A. |
|---|---|
| /s/ *David E. Moore* | /s/ *Stephen B. Brauerman* |
| Richard L. Horwitz (rh2246) | Richard D. Kirk (rk0922) |
| David E. Moore (dm3983) | Stephen B. Brauerman (sb4952) |
| 1313 N. Market Street | 222 Delaware Ave., Suite 900 |
| Hercules Plaza, 6th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 655-5000 |
| (302) 984-6000 | rkirk@bayardlaw.com |
| rhorwitz@potteranderson.com | sbrauerman@bayardlaw.com |
| dmoore@potteranderson.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED this ____ day of August, 2014.

                                                 The Honorable Leonard P. Stark
                                               Chief United States District Judge