IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICU MEDICAL, INC., | |
| Plaintiff, | |
| v. | C.A. No. 07-468-LPS |
| RYMED TECHNOLOGIES, INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ICU Medical, Inc. ("ICU Medical") and Defendant RyMed Technologies, Inc. ("RyMed Inc.") stipulate to the dismissal, with prejudice, except as to U.S. Patent No. 5,928,204, of all of Plaintiff's claims in this action. Both parties are to bear their own attorneys' fees and costs.

POTTER ANDERSON & CORROON LLP

/s/ *David E. Moore*
Richard L. Horwitz (rh2246)
David E. Moore (dm3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Plaintiff*

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Defendant*

IT IS SO ORDERED this 2nd day of September, 2014.

_____
The Honorable Leonard P. Stark
Chief United States District Judge